IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 JAN -7 PM 3: 22

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| CHRISTOPHER LEE GUILMETTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-004 |
| | ) | |
| GEORGIA DIAGNOSTICS AND | ) | |
| CLASSIFICATION PRISON, JACKSON, | ) | |
| GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff filed this case in the Southern District of Georgia even though the named defendant is located in Butts County, Georgia, and the events in Plaintiff's complaint allegedly occurred in Butts County. (See doc. no. 1.) Because Butts County is in the Middle District of Georgia, the proper venue is the Macon Division of the Middle District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Macon Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this _____ day of January, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE